# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

Colar                                                  Civil Action No. 09-0608

versus                                                 Judge Tucker L. Melançon

Social Security Administration                  Magistrate Judge C. Michael Hill

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation [Rec. Doc. 13].  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is therefore

**ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 28th day of January, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE